NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29818
31-JUL-2017
07:57 AM

NO. 29818

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FRANK O. LOHER, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDINGS PRISONER NO. 05-1-0067;
CRIMINAL NO. 99-1621)


SUMMARY DISPOSITION ORDER
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

This case most directly concerns Defendant-Appellant

Frank O. Loher's (**Loher's**) appeals from the Findings of Fact,

Conclusions of Law, and Order Denying Petition for Post-

Conviction Relief (**Post-Conviction Order**) filed by the Circuit

Court of the First Circuit (**Circuit Court**) on April 14, 2009,[1]

but is part of numerous proceedings arising out of Loher's jury

trial and conviction for attempted sexual assault in the first

degree, which are recounted in the Hawai'i Supreme Court's July

20, 2017 Opinion (**Loher IX**) in No. SCAP-24489. As set forth

therein, Loher IX was decided after transfer of No. 24489 (the

---

[1] The Honorable Richard K. Perkins presided.

direct appeal) to the supreme court. Prior to the transfer, this court had vacated its judgments in both No. 24489 and this appeal, No. 29818. In Loher IX, the supreme court vacated the Circuit Court's July 18, 2001 Judgment, and remanded the case for a new trial.

In light of the supreme court's decision in Loher IX, this court's May 31, 2011 Memorandum Opinion in this case, No. 29818, is vacated and the Circuit Court's April 14, 2009 Post-Conviction Order in SPP No. 05-1-0067 is reversed. As noted above, further proceedings will be conducted in the Circuit Court pursuant to the supreme court's decision in Loher IX.

DATED: Honolulu, Hawaii, July 31, 2017.

On the briefs:

Peter C. Wolff, Jr.,
Craig W. Jerome,
for Petitioner-Appellant.

Brian R. Vincent,
Deputy Prosecuting Attorney,
for Respondent-Appellee.

Presiding Judge

Associate Judge

Associate Judge

2